THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY BRUCE BEHR**                                                                                  **PETITIONER**
ADC #182910

v.                                    Case No. 4:23-cv-00854-KGB

**DEXTER PAYNE,**                                                                                          **RESPONDENT**
Director, Arkansas Division of Correction

## ORDER

The Court has reviewed the Recommendation to Deny Motion to Dismiss ("Recommendation") submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 19). The parties have not filed objections to the Recommendation, and the time for objecting has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 19). The Court denies respondent Dexter Payne's motion to dismiss (Dkt. No. 11). Respondent shall file his response to the petition in its entirety within 30 days of the date of this Order. At that time, Judge Kearney will conduct a full review of the petition and response and issue his recommendation regarding the disposition of the case.

It is so ordered this 30th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge