**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY BRUCE BEHR** **PETITIONER**
**ADC #182910**

**v.** **Case No. 4:23-cv-00854-KGB**

**DEXTER PAYNE,** **RESPONDENT**
**Director, Arkansas Division of Correction**

**ORDER**

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 23). The parties have not filed objections to the Recommendation, and the time for objecting has passed. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses petitioner Gregory Bruce Behr's petition with prejudice (Dkt. No. 1) and denies a certificate of appealability.

It is so ordered this 31st day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge