**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY BRUCE BEHR** **PETITIONER**
**ADC #182910**

**v.** **Case No. 4:23-cv-00854-KGB**

**DEXTER PAYNE,** **RESPONDENT**
**Director, Arkansas Division of Correction**

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Gregory Bruce Behr's claims are dismissed with prejudice (Dkt. No. 1). The relief sought is denied. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court denies a certificate of appealability. 28 U.S.C. § 2253(c)(2).

It is so adjudged this 31st day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge